**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald Lee WILSON, Jr.,**
**Defendant–Appellant.**

**No. 13–6710.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 27, 2014.

Ronald Lee Wilson, Jr., Appellant Pro Se. Randall Stuart Galyon, Office of the United States Attorney, Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Lee Wilson, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-

trict court. *United States v. Wilson*, No. 1:09–cr–00023–WO–1 (M.D.N.C. Apr. 12, 2013); *see United States v. Black*, 737 F.3d 280, 287 (4th Cir.2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*